IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELINETT GARCIA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>*Defendant*. | Civil Action<br><br>No. 23-cv-1996 |

# ORDER

**AND NOW,** this 17th day of November, 2023, it having been reported that the issues between the parties have been settled, and pursuant to the provisions of Local Civil Rule 41.1(b), it is **ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel.

The Clerk of Court is directed to mark this case closed.

GEORGE WYLESOL
Clerk of Court

BY:

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy Clerk**
**To Hon. Mitchell S. Goldberg**